THOMAS M. MCINERNEY, CA Bar No. 162055
tmm@ogletree.com
JULIANA KRESSE, CA Bar No. 256745
juliana.kresse@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415-442-4810
Facsimile:      415-442-4870

Attorneys for Plaintiff
INSIDER SOFTWARE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSIDER SOFTWARE, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>ID DESIGNS, INC., an Oklahoma corporation; and KLAJD DEDA, an individual,<br><br>            Defendants. | Case No. 5:20-cv-05990 BLF<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PRELIMINARY INJUNCTION** |

## STIPULATED PRELIMINARY INJUNCTION

WHEREAS, on August 25, 2020, Plaintiff Insider Software, Inc. ("Insider") filed a Complaint [Dkt No. 1] and an ex parte motion for a temporary restraining order and order to show cause why a preliminary injunction should not issue ("Motion") [Dkt No. 5] against Defendants ID Designs, Inc. and Klajd Deda ("Defendants") (Insider and Defendants are collectively, the "Parties");

WHEREAS, on August 28, 2020, the Court granted Insider's Motion in part, issued a temporary restraining order against Defendants that would have expired on September 25, 2020, and set a preliminary injunction hearing for September 14, 2020 [Dkt Nos. 15 and 16];

WHEREAS, on September 11, 2020, the Court ordered, pursuant to the Parties' stipulation, to extend the Court's temporary restraining order to October 9, 2020, to extend Defendant's deadline to file a response to the Complaint to October 5, 2020, and to continue the preliminary injunction hearing to October 5, 2020 [Dkt No. 25];

WHEREAS, the Parties have engaged in informal efforts to resolve the claims in the action and, in order to preserve the Court's resources, hereby stipulate to extend Defendants' deadline to respond to the Complaint and to the issuance of a preliminary injunction as set forth below (and request that the Court so order);

NOW THEREFORE, the Parties stipulate and agree as follows:

1. Plaintiff's pending motion for a preliminary injunction is vacated.

2. Defendants' deadline to respond to the Complaint is extended to November 6, 2020.

3. Defendants represent that they have identified and provided to Insider copies of or access to all login credentials, source code, object code, build libraries, build scripts, installation programs, installation scripts, graphics, files, licenses, product and engineering documentation, including but not limited to the products identified in Paragraph 4, and any other Insider proprietary information ("Information"). Insider is currently reviewing the information identified or provided by Defendants.

4. During the pendency of this action, if Insider determines that any Information is still missing, Defendants shall, within one week of any request by Insider, respond and provide to

Insider any missing Information in Defendants' possession.

  5. Pending entry of final judgment in this action or dismissal of the entire case or unless expressly authorized by Insider, Defendants shall be enjoined from disabling, deactivating, destroying, altering, transmitting, copying, or moving any of the Information including the following products:

  a. FontAgent 9.x for Mac, including but not limited to versions 9.0, 9.5 and 9.5.4, and the FontAgent Activator application
  b. FontAgent Plug-Ins for all versions Adobe Illustrator for Mac and Windows
  c. FontAgent Plug-Ins for all versions of Adobe Photoshop for Mac and Windows
  d. FontAgent Plug-Ins for all versions Adobe InDesign and InCopy for Mac and Windows
  e. FontAgent Plug-Ins for QuarkXPress – all Mac versions
  f. FontAgent Server (and CloudServer) – Version 6.x,
  g. FontAgent Server (and CloudServer) – Version 7.x
  h. FontAgent Server (and CloudServer) – Version 9.x ("Bondi")
  i. FontAgent 6.x for Mac
  j. FontAgent 7.x for Mac
  k. FontAgent 8.x for Mac
  l. FontAgent 8.x for Windows
  m. FontAgent "C3" for Windows
  n. Smasher for Mac
  o. Expo for Mac
  p. FontAgent 4 and 4.5 for Windows

  6. Pending entry of final judgment in this action or dismissal of the entire case or unless expressly authorized by Insider, Defendants shall be enjoined from using or disclosing any of the Information, or any other confidential, proprietary, or trade secret information belonging to Insider that came into Defendants' possession while working with Insider;

  7. Pending entry of final judgment in this action or dismissal of the entire case,

Defendants shall be prohibited from revoking Insider's cloud server.

  IT IS SO STIPULATED.

| | |
|---|---|
| DATED: October 1, 2020 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br><br>By: /s/ Juliana Kresse<br>  THOMAS M. MCINERNEY<br>  JULIANA KRESSE<br><br>Attorneys for Plaintiff<br>INSIDER SOFTWARE, INC. |
| DATED: October 1, 2020 | ANTOLIN AGARWAL LLP<br><br>By: _/s/ Monty Agarwal_<br>  MONTY AGARWAL<br>  RACHEL CHANIN<br><br>Attorneys for Defendants KLAJD DEDA and ID DESIGNS, INC. |

  IT IS SO ORDERED.

DATED: October 1, 2020

              UNITED STATES DISTRICT JUDGE

44283801.10