THOMAS M. MCINERNEY, SBN 162055
tmm@ogletree.com
JULIANA V. KRESSE, SBN 256745
juliana.kresse@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA 94111
Telephone: 415-442-4810
Facsimile: 415-442-4870

Attorneys for Plaintiff and Counterclaim-Defendant
INSIDER SOFTWARE, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSIDER SOFTWARE, INC., a Delaware corporation, | Case No. 5:20-cv-05990-BLF |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP RULE 41(A)(1)(A)(II)** |
| v. | |
| ID DESIGNS, INC., an Oklahoma corporation; and KLAJD DEDA, an individual, | Complaint Filed:  August 25, 2020 |
| Defendants. | Trial Date:  None |
| | District Judge:  Hon. Beth Labson Freeman |
| ID DESIGNS, INC., an Oklahoma corporation; | |
| Counterclaim-Plaintiff, | |
| v. | |
| INSIDER SOFTWARE, INC., a Delaware corporation, | |
| Counterclaim-Defendant. | |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Counterclaim-Defendant INSIDER SOFTWARE, INC., Defendant KLAJD DEDA, and Defendant and Counterclaim-Plaintiff ID DESIGNS, INC. stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint and Defendant ID DESIGNS, INC.'s Counterclaims in the above-entitled action, in their entirety. Each party shall bear his or its own costs, litigation expenses, and attorneys' fees.

**IT IS SO STIPULATED.**

DATED: April 29, 2021        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Juliana Kresse*
     THOMAS M. MCINERNEY
     JULIANA V. KRESSE

Attorneys for Plaintiff and Counterclaim-Defendant INSIDER SOFTWARE, INC.

DATED: April 29, 2021        ANTOLIN AGARWAL LLP

By: */s/ Monty Agarwal*
     MONTY AGARWAL

Attorneys for Defendant KLAJD DEDA and Defendant and Counterclaim-Plaintiff ID DESIGNS, INC.

**<u>ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4(a)(2)(i)</u>**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Juliana Kresse, attest that concurrence in the filing of this Joint Stipulation and [Proposed] Order For Dismissal Of Entire Action With Prejudice has been obtained from the other signatories.

By: */s/ Juliana Kresse*
     JULIANA V. KRESSE

## [~~PROPOSED~~] ORDER

Having read the Joint Stipulation for Dismissal with Prejudice, IT IS HEREBY ORDERED THAT:

1. The stipulation is approved;

2. The entire action, including all claims and counterclaims stated therein against the parties, is hereby dismissed with prejudice; and

3. Each party to bear his/its own attorneys' fees and costs.

DATED: April 29, 2021          By: _____

Hon. Beth Labson Freeman

45609264.1

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE